This cause came on to be heard upon the demurrer of the respondents to the relator’s petition. On consideration whereof it is ordered and adjudged that said demurrer be, and the same hereby is, sustained upon the authority of
 
 Silliman
 
 v.
 
 Court of Common Pleas of Williams County, ante,
 
 338.
 

 Ibis also ordered that the relator be granted twenty days to plead further and if no amended petition be
 
 *645
 
 filed within such time this action is ordered dismissed at the relator’s costs.
 

 Demurrer sustained.
 

 Weygandt, C. J., Day, Allen, ' Stephenson and Jones, JJ., concur.
 

 Matthias, J., not participating.